1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  GARTH HIRE (CASBN 187330)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3929
7     Facsimile:  (510) 637-3724
      E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 06-00541 DLJ (WDB)
                                     )
14        Plaintiff,                 )   APPLICATION AND ORDER TO SEAL
                                     )   STATUS REPORT RE: DEFENDANT'S
15  v.                               )   MEDICAL TREATMENT
                                     )
16  DARRELL LEE BROWN, JR.,          )   Hearing Date:    August 24, 2006
        a/k/a "D.B.,"                )   Hearing Time:    10:00 a.m.
17                                   )   Courtroom 4
          Defendant.                 )
18                                   )
   _____)
19

20        The United States hereby moves this Court, for good cause shown, to seal the

21  Government's Status Report Re: Defendant's Medical Treatment which is being submitted for

22  this Court's review prior to the further status conference and detention hearing scheduled for

23  10 a.m. on August 24, 2006, before the Honorable Wayne D. Brazil, United States Magistrate

24  Judge.

25  ///

26  ///

27  ///

28

1      The status report contains private information regarding the defendant's health and

2 therefore should not be publicly available.  The government's application for sealing need not be

3 filed under seal.

4

5 DATED: August 23, 2006           Respectfully submitted,

6                             KEVIN V. RYAN
                            United States Attorney

7

8                                   /s/
                            GARTH HIRE

9                             Assistant United States Attorney

10

11                             **ORDER**

12      Good cause appearing, it is hereby ORDERED that the Government's Status Report Re:

13 Defendant's Medical Treatment be filed under seal in the non-public docket, until and unless

14 further ordered by this Court.  The government's application for sealing shall not be filed under

15 seal.

16

17 DATED: August 23, 2006

18

19

20

21                         _____

22                         HONORABLE WAYNE D. BRAZIL
                        United States Magistrate Judge

23

24

25

26

27

28