KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00541 DLJ (WDB) |
|    Plaintiff, ) | APPLICATION AND ORDER TO FILE *IN CAMERA* AND UNDER SEAL THE GOVERNMENT'S SECOND STATUS REPORT RE: DEFENDANT'S MEDICAL TREATMENT |
|    v. ) | |
| DARRELL LEE BROWN, JR., ) a/k/a "D.B.," ) | |
|    Defendant. ) | |

      The United States hereby moves this Court, for good cause shown, to file *in camera* and seal the Government's Second Status Report Re: Defendant's Medical Treatment.

      The second status report not only contains private information regarding defendant's health, but it also contains the scheduling information for defendant's medical appointment. For security purposes, it is imperative that the date and time of defendant's medical appointments outside of Santa Rita Jail be kept secret from the general public as well as defendant himself. Thus, the government respectfully requests that this Court grants the government's application to

///

APPLICATION AND ORDER TO FILE
*IN CAMERA* AND UNDER SEAL THE GOVERNMENT'S
SECOND STATUS REPORT RE: DEFENDANT'S
MEDICAL TREATMENT           1

file the second status report *in camera* and under seal. The government's application for *in camera* and under seal filing need not be filed under seal.

DATED: August 28, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
GARTH HIRE
Assistant United States Attorney

## ORDER

Good cause appearing, it is hereby ORDERED that the Government's Second Status Report Re: Defendant's Medical Treatment be filed *in camera* and under seal in the non-public docket, until and unless further ordered by this Court. The government's application for *in camera* and under seal filing shall not be filed under seal.

DATED:   August 28, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

APPLICATION AND ORDER TO FILE
*IN CAMERA* AND UNDER SEAL THE GOVERNMENT'S
SECOND STATUS REPORT RE: DEFENDANT'S
MEDICAL TREATMENT                           2