Claire M. Leary
912 Cole Street, Suite 347
San Francisco, California  94117
(415) 225-4640
Fax (510) 351-1636
atyleary@aol.com
Counsel for Defendant Darrell Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00541 DLJ |
| | ) | |
| Plaintiff, | ) | Stipulation and Order Continuing |
| Sentencing | ) | Sentencing |
| | ) | |
| DARRELL LEE BROWN, JR., | ) | |
| Defendant. | ) | |
| | ) | |

      The parties hereby stipulate and request that the sentencing in this matter which was set for March 16, 2007, be continued until June 22, 2007, at 10:00 before the Honorable D. Lowell Jensen, United States District Court Judge.  This continuance is necessary for adequate sentencing preparation by the Defense and the Government.

1

United States Probation Officer Goldsberry has been informed of this change, and is not opposed to it.

Dated: May 2, 2007                    /s/_____
                                             Claire Leary
                                             Counsel for Defendant Brown

Dated: May 2, 2007                    __/s/_____
                                             Garth Hire
                                             Assistant United States Attorney
                                             Counsel for Plaintiff
                                             United States of America

O R D E R

IT IS SO ORDERED.  The Sentencing in this matter is continued to June 22, 2007, at 10:00 am.

Dated: May            , 2007
May 4, 2007                    _____
                                             D. LOWELL JENSEN
                                             United States District Judge