IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CR-06-00541-DLJ

| UNITED STATES OF AMERICA, | ) | CR 06-~~451~~ DLJ |
|---|---|---|
| | ) | |
| v. | ) | Stipulation and Order Continuing |
| | ) | Sentencing from July 12, 2007 to |
| DARRELL LEE BROWN, | ) | September 20, 2007 at Noon |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The undersigned hereby stipulate that the sentencing in the above-entitled matter,

currently set for July 12, 2007, be continued to Thursday, September 20, 2007 at Noon. This

continuance is requested because of an issue requiring further development before sentencing.

The date is requested because the Assistant United States Attorney is unavailable during August.

It is so stipulated.

Dated: July 11, 2007                    /s/_____
                                        Claire M. Leary
                                        Counsel for Defendant Brown


Dated: July    , 2007                   /s/_____
                                        Garth Hire
                                        Assistant United States Attorney


IT IS SO ORDERED.                       O R D E R

Dated: July 12 , 2007                   _____
                                        D. LOWELL JENSEN
                                        United States District Judge